**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **HARSHRAJSINH VIKRAMSINH VAGHELA #A245-271-885** | **CIVIL ACTION NO.  1:26-CV-01273 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **E GARCIA ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MEMORANDUM ORDER**

Before the Court is a PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 [Doc. 5] filed by pro se Petitioner Harshrajsinh Vikramsinh Vaghela ("Vaghela"), an immigration detainee at Winn Correctional Center in Winnfield, Louisiana. [*Id.*].  Vaghela challenges the legality of his continued detention.

Because additional information is necessary to evaluate Vaghela's claim, he must AMEND the PETITION.

**I.      Background**

Vaghela is a native and citizen of India who was ordered removed on February 13, 2026.[1]  Vaghela did not appeal.  [*Id.*].

Vaghela alleges that he is not likely to be removed in the reasonably foreseeable future.  [Doc. 5 at 6].

**II.     Law and Analysis**

The United States Supreme Court has held that § 1231 permits detention for a period reasonably necessary to bring about an alien's removal.  *See Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).  Detention for up to six months is presumptively reasonable.  *Id.*

---

[1] https://acis.eoir.justice.gov/en/caseInformation

1

After six months, if an alien provides good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, the government must respond with evidence sufficient to rebut that showing.  A petitioner is not required to "show the absence of *any* prospect of removal—no matter how unlikely or unforeseeable," only that he has "good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future."  *Zadvydas*, 533 U.S. at 701-702.

Vaghela has not been detained beyond the presumptively reasonable period, and he does not allege any reason why his removal is not significantly likely to occur in the reasonably foreseeable future.  Accordingly, he must amend the PETITION.

## III.    Conclusion

Because additional information is needed to evaluate the legality of Vaghela's detention, IT IS ORDERED that he AMEND the PETITION as instructed within 30 days of this Order.

Signed at Lafayette, Louisiana on this 22nd day of June, 2026.

DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE