**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **HARSHRAJSINH VIKRAMSINH VAGHELA #A245-271-885** | **CASE NO. 1:26-CV-01273 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **E GARCIA ET AL** | **MAG. JUDGE DAVID J. AYO** |

**MEMORANDUM RULING AND ORDER**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (R. Doc. 5) filed by Petitioner Harshrajsinh Vikramsinh Vaghela ("Vaghela"). At the time of filing, Vaghela was an immigration detainee at the Winnfield Correctional Facility in Winnfield, Louisiana. *See* R. Doc. 5 at 1. According to the Executive Office for Immigration Review[1] and the online detainee locator service[2], Vaghela is no longer detained by ICE. Court staff verified that Petitioner was removed on May 19, 2026.

An alien who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011) (per curiam); *Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019); 28 U.S.C. § 2241.

---

[1] https://acis.eoir.justice.gov/en/caseInformation

[2] https://locator.ice.gov/odls/#/results

Because Petitioner has been deported, **IT IS ORDERED** that the Petition (R. Doc. 5) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** this 2nd day of October, 2026.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**